IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LIEUTENANT SKYLARE HOLSTICK, # 230692, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO.: 3:12CV668-WHA ) |
| WILLIE THOMAS, *et al.*, | ) ) |
| Respondents. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 25) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED and the petition for habeas corpus relief filed by Petitioner Lieutenant Skylare Holstick is DENIED and DISMISSED with prejudice.

A separate judgment shall issue.

Done this 5th day of August, 2015.

/s/ W. Harold Albritton_____
SENIOR UNITED STATES DISTRICT JUDGE